**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

<u>Eastern</u> District of <u>New York</u>

_(State)_

Case number _(if known)_: _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | |
|---|---|
| 1. **Debtor's name** | **Western Skies Practice Management, Inc.** |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **d/b/a Orion - WSB** |
| 3. **Debtor's federal Employer Identification Number (EIN)** | <u>8 4</u> - <u>1 0 3 1 9 0 4</u> |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7175 West Jefferson Avenue, Suite 2500** | **1715 Route 35 North, Suite 303** |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| **Lakewood**          **CO**       **80238** | **Middletown**          **NJ**       **07748** |
| City          State       Zip Code | City          State       Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **Jefferson** | |
| County | Number      Street |
| | |
| | City          State       Zip Code |

5. **Debtor's website (URL)**          **http://wsb.orionhealthcorp.com**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Western Skies Practice Management, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5 6 1 4

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor See Rider 1 _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Western Skies Practice Management, Inc. | Case number (if known) |
|--------|------------------------------------------|------------------------|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No   [See Rider 2]

☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

|  |  |
|---|---|
| Number | Street |

_____

| City | State | ZIP Code |
|------|-------|----------|

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**
(on a consolidated basis)

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**
(on a consolidated basis)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor    __Western Skies Practice Management, Inc.__    Case number (*if known*)_____
       Name

**16. Estimated liabilities**
**(on a consolidated basis)**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/16/2018__
        MM / DD / YYYY

× _/s/ Timothy J. Dragelin_         Timothy J. Dragelin
   Signature of authorized representative of debtor   Printed name

Title: _Chief Restructuring Officer_

**18. Signature of attorney**

✖ _/s/ Thomas R. Califano_     Date __03/16/2018__
   Signature of attorney for debtor         MM / DD / YYYY

__Thomas R. Califano__
Printed name

__DLA Piper LLP (US)__
Firm name

__1251 Avenue of the Americas__
Number Street

__New York__           __NY__        __10020-1104__
City                        State       ZIP Code

__(212) 335-4500__         __thomas.califano@dlapiper.com__
Contact phone                 Email address

__2286144__            __NY__
Bar number               State

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re:                                            :
                                                  :   Chapter 11
WESTERN SKIES PRACTICE MANAGEMENT,                :
INC.,                                             :   Case No. 18-_____ (___)
                                                  :
              Debtor.                             :
------------------------------------------------------------ x
```

**Rider 1**

**Pending Bankruptcy Cases Filed by the Debtor and Its Affiliates**

On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>") filed a voluntary petition in the United States Bankruptcy Court for the Eastern District of New York for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of their cases with the lead case number assigned to the chapter 11 case of Orion Healthcorp, Inc.

1. Orion Healthcorp, Inc.
2. Constellation Healthcare Technologies, Inc.
3. NEMS Acquisition, LLC
4. Northeast Medical Solutions, LLC
5. NEMS West Virginia, LLC
6. Physicians Practice Plus Holdings, LLC
7. Physicians Practice Plus, LLC
8. Medical Billing Services, Inc.
9. Rand Medical Billing, Inc.
10. RMI Physician Services Corporation
11. Western Skies Practice Management, Inc.
12. Integrated Physician Solutions, Inc.
13. NYNM Acquisition, LLC
14. Northstar FHA, LLC
15. Northstar First Health, LLC
16. Vachette Business Services, Ltd.
17. Phoenix Health, LLC
18. MDRX Medical Billing, LLC
19. VEGA Medical Professionals, LLC
20. Allegiance Consulting Associates, LLC
21. Allegiance Billing & Consulting, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re:                                              :
                                                    : Chapter 11
WESTERN SKIES PRACTICE MANAGEMENT,                  :
INC.,                                               : Case No. 18-_____ (___)
                        Debtor.                     :
------------------------------------------------------------ x
```

**Rider 2**

**<u>Real Property or Personal Property that Needs Immediate Attention</u>**

       Question 12, among other things, asks the debtor to identify any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       The above-captioned debtor (the "<u>Debtor</u>") does not believe it owns or possesses any real or personal property that (i) poses a threat of imminent and identifiable hazard to public health or safety, (ii) needs to be physically secured or protected from the weather, or (iii) includes perishable goods or assets that could quickly deteriorate. The Debtor notes that it is not aware of the exact definition of "imminent and identifiable hazard" as used in this form.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**www.nyeb.uscourts.gov**

**STATEMENT PURSUANT TO LOCAL**
**BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S)**: Western Skies Practice Management, Inc.          **CASE NO.**: _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

**[NOTE:** Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

☐ **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

**1. CASE NO.:** _____   **JUDGE:** _____   **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO):** _____ *[If closed]* **Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:** _____
                                   **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED** (*Refer to NOTE above*): _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:** _____
_____

**2. CASE NO.:** _____   **JUDGE:** _____   **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO):** _____ *[If closed]* **Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:** _____
                                   **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED** (*Refer to NOTE above*): _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:** _____
_____

**[OVER]**

**DISCLOSURE OF RELATED CASES (cont'd)**

3.  **CASE NO.:** _____    **JUDGE:** _____    **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO)**: _____    *[If closed]* Date of closing: _____

**CURRENT STATUS OF RELATED CASE:** _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** (*Refer to NOTE above*): _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES**: _____

_____

**NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

**I am admitted to practice in the Eastern District of New York (Y/N):** ____Y____

**CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

**I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.**

/s/ Thomas R. Califano
_____          _____
**Signature of Debtor's Attorney**                       **Signature of Pro-se Debtor/Petitioner**

                                                         _____
                                                         **Mailing Address of Debtor/Petitioner**

                                                         _____
                                                         **City, State, Zip Code**

                                                         _____
                                                         **Email Address**

                                                         _____
                                                         **Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x
In re:                                                      :    Chapter 11
                                                            :
ORION HEALTHCORP, INC., *et al.*,[1]                        :    Case No. 18-_____ (___)
                                                            :
              Debtor.                                       :    (Joint Administration Pending)
--------------------------------------------------------------- x

## CONSOLIDATED LIST OF CREDITORS WHO HAVE THE
## SEVENTY-FIVE (75) LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

The above-captioned debtor and its debtor affiliates (collectively, the "Debtors") hereby certify that the *Consolidated List of Creditors Who Have the Seventy-Five (75) Largest Unsecured Claims and Are Not Insiders* submitted herewith contains the names and addresses of the Debtors' consolidated top seventy-five (75) unsecured creditors (the "Top 75 List"). The list has been prepared from the Debtors' unaudited books and records as of the Petition Date. The Top 75 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 75 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors. The information presented in the Top 75 List shall not constitute an admission by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim. The Debtors are comprised of twenty-one (21) affiliated companies. There are over 3,200 creditors and parties in interest in these cases, and there may be potential for confusion and/or overlap regarding creditor obligations. Given the circumstances, the Debtors submit that it is appropriate for them to file a consolidated list of their seventy-five (75) largest unsecured creditors.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown); Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

**Fill in this information to Identify the case:**

Debtor Name:    Orion Healthcorp, Inc., et al.

United States Bankruptcy Court for the: Eastern District of New York

Case Number (If known):      18-_____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 75 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 75 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 75 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  WINSTON & STRAWN LLP 35 W. WACKER DRIVE CHICAGO, IL 60601-9703 | CONTACT: CHRIS ZOCHOWSKI PHONE: 1-312-558-5600 CZochowski@winston.com | TRANSACTION-RELATED | D | | | $3,000,000.00 |
| 2  GSS INFOTECH 2050, BRUNSWICK PLAZA - 1 STATE HIGHWAY 27 SUITE 201 NORTH BRUNSWICK, NJ 08902 | CONTACT: BHARGAV MAREPALLY PHONE: 1-732-798-3101 FAX: 512.266.8803 | LITIGATION CLAIM | D,U | | | $2,700,000.00 |
| 3  THE BANK OF NEW YORK NOMINEES LIMITED ONE PICCADILLY GARDENS MANCHESTER M1 1RN ENGLAND | | PROMISSORY NOTE | D | | | $1,942,111.77 |
| 4  FOREST NOMINEES LIMITED P.O. BOX 328 ST PETER PORT GUERNSEY GY1 3TY CHANNEL ISLANDS | | PROMISSORY NOTE | D | | | $1,234,745.00 |
| 5  HAREWOOD NOMINEES LIMITED 10 HAREWOOD AVENUE LONDON NW1 6AA ENGLAND | | PROMISSORY NOTE | D | | | $1,133,357.02 |
| 6  HSBC GLOBAL CUSTODY NOMINEE UK LIMITED 8 CANADA SQUARE LONDON E14 5HQ ENGLAND | | PROMISSORY NOTE | D | | | $1,035,078.37 |

Debtor: Orion Healthcorp, Inc., et al.                    Case Number (if known): 18-_____01

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7   PLATFORM SECURITIES NOMINEES LIMITED CANTERBURY HOUSE 85 NEWHALL STREET BIRMINGHAM  B3 1LH  ENGLAND | PHONE: 44 12 1233 0336 FAX: 44 12 1605 0909 | PROMISSORY NOTE | D | | | $912,654.79 |
| 8   AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. 200 VESEY STREET NEW YORK, NY  10285 | CONTACT: RAQUEL HERNANDEZ, ASSISTANT CUSTODIAN PHONE: 212-640-5130 FAX: 212-640-0404 | LITIGATION | D,U | | | $855,502.85 |
| 9   HSBC GLOBAL CUSTODY NOMINEE UK LIMITED 8 CANADA SQUARE LONDON  E14 5HQ  ENGLAND | | PROMISSORY NOTE | D | | | $813,345.00 |
| 10   NORTRUST NOMINEES LIMITED 50 BANK STREET CANARY WHARF LONDON  E14 5NT  ENGLAND | PHONE: 44-2079822000 | PROMISSORY NOTE | D | | | $637,037.26 |
| 11   JIM NOMINEES LIMITED 78 MOUNT EPHRAIM TUNBRIDGE WELLS KENT  TN4 8BS  ENGLAND | | PROMISSORY NOTE | D | | | $632,177.40 |
| 12   MORGAN STANLEY CLIENT SECURITIES NOMINEES LIMITED 25 CABOT SQUARE CANARY WHARF LONDON  E14 4QA  ENGLAND | | PROMISSORY NOTE | D | | | $535,841.49 |
| 13   STEEL VALLEY EMERGENCY PHYSICIANS, LLC 2720 SUNSET BLVD STEUBENVILLE, OH  43952 | CONTACT: TOM DANNIBALLE PHONE: 1-740-264-7173 jhazlewood@reedsmith.com | LITIGATION CLAIM | D,U | | | $500,000.00 |
| 14   ROBINSON BROG LEINWAND GREENE GENOVESE AND GLUCK PC 875 THIRD AVENUE 9TH FLOOR NEW YORK, NY  10022 | CONTACT: ADAM GREENE PHONE: 1-212-603-6355 ajg@robinsonbrog.com | PROFESSIONAL SERVICES | D,U | | | $475,000.00 |
| 15   BNY OCS NOMINEES LIMITED ONE PICCADILLY GARDENS MANCHESTER  M1 1RN  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $450,732.02 |
| 16   NORTRUST NOMINEES LIMITED 50 BANK STREET CANARY WHARF LONDON  E14 5NT  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $424,916.11 |
| 17   KOLB RADIOLOGY, PC 635 MADISON AVE NEW YORK, NY  10022 | CONTACT: DR. THOMAS KOLB, MD PHONE: 1-212-602-1168 tkolbmd@yahoo.com | LITIGATION CLAIM | D,U | | | $375,000.00 |

Debtor: Orion Healthcorp, Inc., et al.     Case Number (if known): 18-_____01

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18  CREDIT SUISSE CLIENT NOMINEES UK LIMITED ONE CABOT SQUARE CANARY WHARF LONDON  E14 4QJ  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $367,650.00 |
| 19  THE BANK OF NEW YORK NOMINEES LIMITED ONE PICCADILLY GARDENS MANCHESTER  M1 1RN  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $335,676.49 |
| 20  GOLDMAN SACHS INTERNATIONAL PO BOX 62663 PETERBOROUGH COURT 133 FLEET STREET LONDON  EC4P 4AY  UNITED KINGDOM | PHONE: 44 2077 741000 | PROMISSORY NOTE | D | | | $319,576.86 |
| 21  LEXINGTON LANDMARK SERVICES LLC CO ROBINSON BROG LEINWAND GREEN GENOVESE AND GLUCK PC 875 THIRD AVENUE, 9TH FLOOR NEW YORK, NY  10022 | CONTACT: DAVID M. BLUMENTHAL PHONE: 212 603-0497 zb@robinsonbrog.com | PROMISSORY NOTE | D | | | $301,000.00 |
| 22  FINNCAP 60 NEW BROAD STREET LONDON  EC2M 1JJ  UNITED KINGDOM | CONTACT: STUART ANDREWS PHONE: 020 7220 0565 sandrews@finncap.com | TRANSACTION RELATED | D | | | $299,594.04 |
| 23  PERSHING NOMINEES LIMITED THE ROYAL LIVER BUILDING PIER HEAD LIVERPOOL  L3 1LL  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $299,476.51 |
| 24  CHASE NOMINEES LIMITED PO BOX 7732 1 CHASESIDE BOURNEMOUTH  BH1 9XA  UNITED KINGDOM | PHONE: 44 20 7777 2000 | PROMISSORY NOTE | D | | | $287,665.27 |
| 25  ROOKMINEE SINGH-NARAYAN JAIRAJ YAMRAJTHANK 9317 207TH ST 2295 LANCASTER AVE, BALDWIN, NY 11510 QUEENS VILLAGE, NY  11428 | CONTACT: ROOKMINEE SINGH-NARAYAN  JAIRAJ YAMRAJTHANK FAX: 718-740-2000 legal@abdulhassan.com | LITIGATION CLAIM | D,U | | | $250,000.00 |
| 26  1805 OLD ALABAMA V ORION 1805 OLD ALABAMA ROAD ROSWELL, GA  30076 | | LITIGATION CLAIM | | | | $227,473.59 |
| 27  YOUNG CONAWAY RODNEY SQUARE 1000 NORTH KING ST WILMINGTON, DE  19801 | CONTACT: JAMES L PATTON FAX: 302.571.1253 jpatton@ycst.com | TRANSACTION-RELATED | D | | | $225,000.00 |

Debtor: Orion Healthcorp, Inc., et al.                    Case Number (if known): 18-_____01

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | SKANDINAVISKA ENSKILDA BANKEN AB PUBL CO BNP PARIBAS SECURITIES SERVICES 55 MOORGATE 4TH FLOOR LONDON  EC2R 6PA  UNITED KINGDOM | CONTACT: MARK LUSCOMBE PHONE: 44 20 72464000 mark.luscombe@seb.co.uk | PROMISSORY NOTE | D | | | $172,000.00 |
| 29 | NORTRUST NOMINEES LIMITED 50 BANK STREET CANARY WHARF LONDON  E14 5NT  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $153,832.50 |
| 30 | PARKERSBURG RADIOLOGY SERVICES, INC. PO BOX 779 PARKERSBURG, WV  26102 | CONTACT: MIKE HENSLEY PHONE: 1-270-793-2027 | LITIGATION CLAIM | D,U | | | $150,000.00 |
| 31 | BREWIN NOMINEES LIMITED PO BOX 1025 TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE  NE99 1SX UNITED KINGDOM | | PROMISSORY NOTE | D | | | $141,900.00 |
| 32 | ALLIANCE HEALTH SCIENCES 3418 MIDCOURT RD STE 118 CARROLLTON, TX  75006 | PHONE: 214.420.8200 FAX: 214.420.8205 info@alliancediagnostics.com | TRADE DEBT | | | | $133,494.00 |
| 33 | N.Y. NOMINEES LIMITED PO BOX 293 20 FARRINGDON ROAD LONDON  EC1M 3NH  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $129,000.00 |
| 34 | ABN AMRO GLOBAL NOMINEES LIMITED 5 ALDERMANBURY SQUARE LONDON  EC2V 7HR  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $118,250.00 |
| 35 | GEBBS HEALTHCARE SOLUTIONS, INC. 4640 ADMIRALTY WAY STE 950 MARINA DEL RAY  90292 | CONTACT: KIRAN KUMAR, SVP CLIENT RELATIONS SOLUTIONS PHONE: 1-201-562-8294 Kiran.Kumar@gebbs.com | LITIGATION CLAIM | D,U | | | $110,057.50 |
| 36 | LAWSHARE NOMINEES LIMITED CALVERLEY HOUSE 55 CALVERLEY ROAD TUNBRIDGE WELLS KENT  TN1 2TU  UNITED KINGDOM | PHONE: 1-892-523-346 | PROMISSORY NOTE | D | | | $103,313.95 |
| 37 | COCKERELL DERMATOPATHOLOGY, P.A. 100 HIGHLAND PARK VILLAGE STE 200 DALLAS, TX  75205 | CONTACT: BRANDA WANDER PHONE: 1-214-530-5200 info@lynnllp.com | LITIGATION CLAIM | D | | | $100,000.00 |

Debtor: Orion Healthcorp, Inc., et al.                    Case Number (if known): 18-_____01

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 38  STATE STREET NOMINEES LIMITED 525 FERRY ROAD EDINBURGH  EH5 2AW  UNITED KINGDOM | PHONE: 44 0 131 315 2000 FAX: 44 0 131 315 2999 | PROMISSORY NOTE | D | | | $87,075.00 |
| 39  UBS PRIVATE BANKING NOMINEES LTD 1 FINSBURY AVENUE LONDON  EC2M 2AN  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $84,481.67 |
| 40  NORTRUST NOMINEES LTD GFS CUSTODY SERVICING - EMEA NORTHERN TRUST 50 BANK STREET LONDON  E14 5NT  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $79,629.55 |
| 41  MR MAX EDWARD ROYDE 13 ELMS ROAD LONDON  SW4 9ER  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $76,785.53 |
| 42  PERSHING NOMINEES LIMITED THE ROYAL LIVER BUILDING PIER HEAD LIVERPOOL  L3 1LL  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $76,785.53 |
| 43  MERRILL LYNCH INTERNATIONAL 2 KING EDWARD STREET LONDON  EC1A 1HQ  UNITED KINGDOM | PHONE: 44-20-7628-1000 UKWealthManagement@ml.com | PROMISSORY NOTE | D | | | $73,902.81 |
| 44  RATHBONE NOMINEES LIMITED PORT OF LIVERPOOL BUILDING PIER HEAD LIVERPOOL  L3 1NW  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $69,574.00 |
| 45  PERSHING NOMINEES LIMITED THE ROYAL LIVER BUILDING PIER HEAD LIVERPOOL  L3 1LL  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $63,855.00 |
| 46  PERSHING NOMINEES LIMITED THE ROYAL LIVER BUILDING PIER HEAD LIVERPOOL  L3 1LL  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $59,458.68 |
| 47  PLATFORM SECURITIES NOMINEES LIMITED CANTERBURY HOUSE 85 NEWHALL STREET BIRMINGHAM  B3 1LH  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $59,294.42 |
| 48  CRITERIONS, LLC 18 GENEVIEVE PLACE GREAT NECK, NY  11021 | info@criterions.com | TRADE DEBT | D | | | $57,090.00 |

Debtor: Orion Healthcorp, Inc., et al.          Case Number (if known): 18-_____01

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 49   PERSHING NOMINEES LIMITED THE ROYAL LIVER BUILDING PIER HEAD LIVERPOOL  L3 1LL  UNITED KINGDOM | | PROMISSORY NOTE | D | | | $54,481.00 |
| 50   CHRISTINE COHEN 39 OCEAN AVENUE CENTER MORICHES, NY  11934 | CONTACT: CHRISTINE COHEN chrischoen55@yahoo .com | PROFESSIONAL FEES | D | | | $53,143.17 |
| 51   JIM NOMINEES LIMITED 78 MOUNT EPHRAIM TUNBRIDGE WELLS KENT  TN4  8BS | | PROMISSORY NOTE | D | | | $47,052.75 |
| 52   CLAUDIO FERRER VILES  BECKMAN, LLC ATTN MARIA RITA ALAIMO 6350 PRESIDENTIAL COURT FORT MYERS, FL  33919 | CONTACT: MARIA RITA ALAIMO FAX: 877-441-9119 | LITIGATION CLAIM | D,U | | | $46,000.00 |
| 53   PLATFORM SECURITIES NOMINEES LIMITED CANTERBURY HOUSE 85 NEWHALL STREET BIRMINGHAM  B3   1LH | | PROMISSORY NOTE | D | | | $44,298.60 |
| 54   CHASE NOMINEES LIMITED PO BOX 7732 1 CHASESIDE BOURNEMOUTH  BH1  9XA | | PROMISSORY NOTE | D | | | $43,715.52 |
| 55   MCGUIREWOODS LLP 800 EAST CANAL STREET RICHMOND, VA  23219 | CONTACT: GEORGE KEITH MARTIN gmartin@mcguirewoods.com | TRANSACTION RELATED | D | | | $42,900.00 |
| 56   EQUIVALENT DATA LLC. CO MANFRED STERNBERG JR 4550 POST OAK PLACE SUITE 119 HOUSTON, TX  77027 | CONTACT: MICHAEL J MEDRANO FAX: 713-939-4538 Solutions@eqd.com | TRADE DEBT | | | | $42,500.00 |
| 57   TD DIRECT INVESTING NOMINEES (EUROPE) LIMITED EXCHANGE COURT DUNCOMBE STREET LEEDS  LS1  4AX | | PROMISSORY NOTE | D | | | $37,358.83 |
| 58   HSBC GLOBAL CUSTODY NOMINEE (UK) LIMITED 8 CANADA SQUARE LONDON  E14  5HQ | | PROMISSORY NOTE | D | | | $36,281.25 |
| 59   PEEL HUNT HOLDINGS LIMITED MOOR HOUSE 120 LONDON WALL LONDON  EC2Y 5ET | | PROMISSORY NOTE | D | | | $36,140.21 |
| 60   STIFEL NICOLAUS EUROPE LTD 150 CHEAPSIDE LONDON  EC2V 6ET | CONTACT: DAVID ARCH david.arch@stifel.com | TRANSACTION RELATED | D | | | $35,819.68 |

Debtor: Orion Healthcorp, Inc., et al.                    Case Number (if known): 18-_____01

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 61   STIFEL NICOLAUS EUROPE LIMITED 150 CHEAPSIDE LONDON  EC2V 6ET | | PROMISSORY NOTE | D | | | $34,744.86 |
| 62   NOMURA PB NOMINEES LIMITED 1 ANGEL LANE LONDON  EC4R 3AB | | PROMISSORY NOTE | D | | | $31,772.27 |
| 63   TD DIRECT INVESTING NOMINEES (EUROPE) LIMITED EXCHANGE COURT DUNCOMBE STREET LEEDS  LS1  4AX | | PROMISSORY NOTE | D | | | $28,746.36 |
| 64   STATE STREET NOMINEES LIMITED 525 FERRY ROAD EDINBURGH  EH5  2AW | | PROMISSORY NOTE | D | | | $27,950.00 |
| 65   HSBC CLIENT HOLDINGS NOMINEE (UK) LIMITED 8 CANADA SQUARE LONDON  E14  5HQ | | PROMISSORY NOTE | D | | | $27,535.05 |
| 66   W B NOMINEES LIMITED ST JAMES HOUSE 27-43 EASTERN ROAD ROMFORD ESSEX  RM1  3NH | | PROMISSORY NOTE | D | | | $25,800.00 |
| 67   NEW JERSEY INNOVATION INSTITUTE ENTERPRISE DEVELOPMENT CENTERS 211 WARREN ST NEWARK, NJ  07103 | pqrs@njii.com | TRADE DEBT | | | | $25,415.00 |
| 68   KERN CAL LAND PROPERTIES LLC. PO BOX 299 SIMI VALLEY, CA  93062 | CONTACT: ELSIE SALVUCCI | RENT | | | | $24,747.80 |
| 69   AGE 16625 REDMOND WAY M475 REDMOND, WA  98052 | | TRADE DEBT | | | | $21,677.87 |
| 70   VICTOIRE NOMINEES LIMITED 10 HAREWOOD AVENUE LONDON  NW1  6AA | | PROMISSORY NOTE | D | | | $21,217.49 |
| 71   PERSHING NOMINEES LIMITED THE ROYAL LIVER BUILDING PIER HEAD LIVERPOOL  L3  1LL | | PROMISSORY NOTE | D | | | $19,402.46 |
| 72   HOUSTON TEXAS WESTCHASE III PROPERTIES CO MOODY RAMBIN INTEREST 1455 WEST LOOP SOUTH SUITE 700 HOUSTON, TX  77027 | CONTACT: ROBERT O. CROMWELL II bcromwell@moodyrambinint .com | RENT | | | | $18,588.62 |
| 73   CDW GOVERNMENT, INC. 1515 75 REMITTANCE DR SUITE 1515 CHICAGO, IL  60675-1515 | FAX: 847-419-6200 | TRADE DEBT | | | | $17,358.12 |

Debtor: Orion Healthcorp, Inc., et al.          Case Number (if known): 18-_____01

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 74   BARCLAYSHARE NOMINEES LIMITED 1 CHURCHILL PLACE LONDON  E14  5HP | | PROMISSORY NOTE | D | | | $16,261.74 |
| 75   LAWSHARE NOMINEES LIMITED CALVERLEY HOUSE 55 CALVERLEY ROAD TUNBRIDGE WELLS KENT  TN1  2TU | | PROMISSORY NOTE | D | | | $14,648.81 |

Fill in this information to identify the case and this filing:

Debtor Name <u>Orion Healthcorp, Inc., et al.</u>

United States Bankruptcy Court for the: <u>Eastern District of New York</u>
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐　　*Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐　　*Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐　　*Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐　　*Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐　　*Schedule H: Codebtors (Official Form 206H)*

☐　　*Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐　　*Amended Schedule* _____

☒　　*Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the Seventy-Five (75) Largest Unsecured Claims and Are Not Insiders (Official Form 204). Presented on a Consolidated Basis.*

☐　　*Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___<u>03/16/2018</u>___
　　　　　　　MM / DD / YYYY

✗ <u>/s/ Timothy J. Dragelin</u>
Signature of individual signing on behalf of debtor

<u>Timothy J. Dragelin</u>
Printed name

<u>Chief Restructuring Officer</u>
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------  x
In re:                                                            :
                                                                  :  Chapter 11
WESTERN SKIES PRACTICE MANAGEMENT,                                :
INC.,                                                             :  Case No. 18-_____ (___)
                       Debtor.                                    :
----------------------------------------------------------------  x
```

### CORPORATE OWNERSHIP AND
### E.D.N.Y. LOCAL BANKRUPTCY RULE 1073-3 STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rule 1073-3 of the Local Bankruptcy Rules for the Eastern District of New York, the undersigned authorized officer of the Debtor certifies that the following corporate entities or individuals, other than a governmental unit, directly or indirectly own 10% or more of any class of the Debtor's equity interest.

| Shareholder | Percentage Ownership Interest |
|---|---|
| Orion Healthcorp, Inc.<br>100 Jericho Quandrangle<br>Suite 235<br>Jericho, NY 11753 | 100% |

Fill in this information to identify the case and this filing:

Debtor Name  <u>Western Skies Practice Management, Inc.</u>

United States Bankruptcy Court for the: <u>Eastern District of New York</u>
(State)

Case number (*If known*):_____

<u>Official Form 202</u>

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐        *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐        *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐        *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐        *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐        *Schedule H: Codebtors (Official Form 206H)*

☐        *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐        *Amended Schedule* _____

☐        *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒        *Other document that requires a declaration* <u>Statement of Corporate Ownership</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____<u>03/16/2018</u>____        ✖ <u>/s/ Timothy J. Dragelin</u>
MM / DD / YYYY        Signature of individual signing on behalf of debtor

<u>Timothy J. Dragelin</u>
Printed name

<u>Chief Restructuring Officer</u>
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re:                                                       :
                                                             :  Chapter 11
WESTERN SKIES PRACTICE MANAGEMENT,                           :
INC.,                                                        :  Case No. 18-_____ (___)
                              Debtor.                        :
------------------------------------------------------------ x
```

<u>**LIST OF EQUITY SECURITY HOLDERS**</u>

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the above-captioned debtor hereby

provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Percentage of Interests Held |
|:---:|:---:|
| Orion Healthcorp, Inc.<br>100 Jericho Quandrangle<br>Suite 235<br>Jericho, NY 11753 | 100% |

<table>
<tr><td>

Fill in this information to identify the case and this filing:

Debtor Name <u>Western Skies Practice Management, Inc.</u>

United States Bankruptcy Court for the: <u>Eastern District of New York</u>
                (State)

Case number (*If known*): _____

</td></tr>
</table>

<u>Official Form 202</u>

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204).*

☒    *Other document that requires a declaration* <u>List of Equity Security Holders</u> _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>3/16/2018</u>        ✘ <u>*/s/ Timothy J. Dragelin*</u>
        MM / DD / YYYY       Signature of individual signing on behalf of debtor

                               <u>Timothy J. Dragelin</u>
                               Printed name

                               <u>Chief Restructuring Officer</u>
                               Position or relationship to debtor

**OMNIBUS JOINT WRITTEN CONSENT
OF THE BOARDS OF DIRECTORS, SOLE STOCKHOLDERS, SOLE MANAGERS
AND SOLE MEMBERS, AS APPLICABLE, OF
CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.
AND EACH OF ITS SUBSIDIARIES LISTED ON <u>EXHIBIT A</u> HERETO**

March 16, 2018

Each of the undersigned, being all of the members of the board of directors, the sole stockholder, the sole manager or the sole member (each, an "<u>Authorized Governing Body</u>" and collectively, the "<u>Authorized Governing Bodies</u>") of the applicable entity or entities listed on <u>Exhibit A</u> hereto (each a "<u>Company</u>" and collectively, the "<u>Companies</u>"), pursuant to the applicable laws of the jurisdiction of organization of each Company and the applicable provisions of the organizational documents of each Company, does hereby consent to the following actions, adopt the following resolutions by written consent in lieu of a meeting and agree that said resolutions shall have the same force and effect as if duly adopted at a meeting of the Authorized Governing Body of each Company held for that purpose:

**WHEREAS**, the Authorized Governing Bodies considered the financial and operational conditions of the Companies' businesses;

**WHEREAS**, the Authorized Governing Bodies reviewed the historical performance of the Companies, the market for the Companies' products and services, and the current and long-term liabilities of the Companies;

**WHEREAS**, the Authorized Governing Bodies reviewed, considered, and received the recommendations of the senior management of the Companies and the advice of the Companies' professionals and advisors with respect to potential avenues for relief that are available to the Authorized Governing Bodies, upon behalf of the Companies, including the possibility of pursuing a restructuring of the Companies' business and assets under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>");

**WHEREAS**, in order to maintain independence and flexibility in analyzing and investigating various restructuring alternatives, the Authorized Governing Bodies of each of the Companies that are corporations (the "<u>Corporations</u>") desire to set up a special committee of such Authorized Governing Bodies comprised only of one or more disinterested and independent directors (the "<u>Special Committee</u>") to investigate, analyze and negotiate such restructuring alternatives as the Special Committee deems appropriate and in the best interests of each of the Corporations, their creditors, equity holders, and other interested parties, as may be appropriate under applicable law; and

**WHEREAS**, the Authorized Governing Bodies of each of the Corporations have determined that Robert J. Rosenberg qualifies as a disinterested and independent director for purposes of serving on the Special Committee.

**NOW, THEREFORE BE IT RESOLVED**, that, the Authorized Governing Bodies of each of the Corporations hereby (i) establishes the Special Committee, (ii) sets the number of

directors to comprise the Special Committee at one (1) director, (iii) appoints Robert J. Rosenberg to serve as the sole member of the Special Committee; and (iv) and authorizes and empowers the Special Committee to have the full power and authority of the Board for the purposes of the following resolutions; and it is

       **FURTHER RESOLVED**, that, in the business judgment of Special Committee and each of the Authorized Governing Bodies of each of the Companies that are not corporations (collectively, with the Special Committee of each of the Corporations, the "Acting Governing Bodies"), after consideration of the alternatives presented to Acting Governing Bodies and the recommendations of senior management of the Companies and the advice of the Companies' professionals and advisors that, at this time under the relevant circumstances, it is desirable and in the best interests of the Companies, their creditors, equity holders, and other interested parties (as such consideration may be appropriate under applicable law) for voluntary petitions to be filed by the Companies under the provisions of chapter 11 of the Bankruptcy Code; and it is

       **FURTHER RESOLVED**, that the Companies' petitions seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "Petitions") are approved in all respects and that Timothy J. Dragelin, Chief Restructuring Officer of all of the Companies and Chief Executive Officer of certain of the Companies and the other officers of the Companies (collectively, the "Authorized Persons") be, and hereby are, authorized and directed, on behalf of and in the name of the Companies, to execute the Petitions or authorize the execution of the Petitions and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York, at such time as the Authorized Persons deem appropriate, in order to commence cases under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"); and it is

       **FURTHER RESOLVED**, that the Authorized Persons be, and hereby are, authorized to execute a senior secured super-priority debtor-in-possession credit agreement (the "DIP Credit Agreement") and all notes, security agreements, financing statements, certificates, consents, and other documents, agreements, and instruments related thereto, with such additions, deletions, or modifications as the Authorized Persons may approve, and to take any and all actions which they may deem necessary or proper in order to consummate the DIP Credit Agreement and the transactions set forth therein; and it is

       **FURTHER RESOLVED**, that the Authorized Persons be, and hereby are, authorized to execute and file all petitions, schedules, lists, and other papers and to take any and all actions which they may deem necessary or proper in connection with the prosecution of the Chapter 11 Cases and, in that connection, for the Authorized Persons to retain and employ all assistance, by legal counsel or otherwise, which they may deem necessary or proper in order to successfully prosecute the Chapter 11 Cases; and it is

       **FURTHER RESOLVED**, that the Authorized Persons be, and hereby are, authorized and directed to retain on behalf of the Companies, upon such terms and conditions as the Authorized Persons shall approve, the following to represent the Companies in connection with the Chapter 11 Cases –

EAST\152251936.1

2

- DLA Piper LLP (US), to render legal services to and to serve as bankruptcy counsel for the Companies;

- FTI Consulting, Inc., to provide the Companies a chief restructuring officer and certain additional personnel and to designate Timothy J. Dragelin as Chief Restructuring Officer; and

- Epiq Bankruptcy Solutions, LLC to serve as claims and noticing agent for the Companies; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and hereby are, authorized to retain on behalf of the Companies other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals, upon such terms and conditions as the Authorized Persons shall approve, to render services to the Companies in connection with the Chapter 11 Cases or any related insolvency proceeding; and it is

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Person to file the Petitions or with respect to the Chapter 11 Cases, any related insolvency proceeding, or in any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed, and approved; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and hereby are, authorized and directed, in the name of and on behalf of the Companies, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

**[Signature Pages Follow]**

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first written above.

**BOARD OF DIRECTORS OF:**
Constellation Healthcare Technologies, Inc.
Orion Healthcorp, Inc.
Medical Billing Services, Inc.
Rand Medical Billing, Inc.
RMI Physician Services Corporation
Western Skies Practice Management, Inc.
Integrated Physician Solutions, Inc.

Solely for the purpose of the first resolution appointing the Special Committee, and for all other resolutions Chinh Chu abstains and recuses himself from such resolutions:

By: _____
Name: Chinh Chu
Title: Director

Solely for the purpose of the first resolution appointing the Special Committee, and for all other resolutions Douglas Newton abstains and recuses himself from such resolutions:

By: _____
Name: Douglas Newton
Title: Director


In his capacity both as director and as the sole member of the Special Committee of the each of the Companies listed above:

By: _____
Name: Robert J. Rosenberg
Title: Independent Director


**CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.**
as Sole Stockholder of Orion Healthcorp, Inc.

By: _____
Name: Timothy J. Dragelin
Title: Chief Executive Officer and Chief Restructuring Officer


*[Signature Page to Bankruptcy Resolutions]*

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first written above.

**BOARD OF DIRECTORS OF:**
Constellation Healthcare Technologies, Inc.
Orion Healthcorp, Inc.
Medical Billing Services, Inc.
Rand Medical Billing, Inc.
RMI Physician Services Corporation
Western Skies Practice Management, Inc.
Integrated Physician Solutions, Inc.

Solely for the purpose of the first resolution appointing the Special Committee, and for all other resolutions Chinh Chu abstains and recuses himself from such resolutions:

By: _____
Name: Chinh Chu
Title: Director

Solely for the purpose of the first resolution appointing the Special Committee, and for all other resolutions Douglas Newton abstains and recuses himself from such resolutions:

By: _____
Name: Douglas Newton
Title: Director

In his capacity both as director and as the sole member of the Special Committee of the each of the Companies listed above:

By: _____
Name: Robert J. Rosenberg
Title: Independent Director

**CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.**
as Sole Stockholder of Orion Healthcorp, Inc.

By: _____
Name: Timothy J. Dragelin
Title: Chief Executive Officer and Chief Restructuring Officer

*[Signature Page to Bankruptcy Resolutions]*

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first written above.

**BOARD OF DIRECTORS OF:**
Constellation Healthcare Technologies, Inc.
Orion Healthcorp, Inc.
Medical Billing Services, Inc.
Rand Medical Billing, Inc.
RMI Physician Services Corporation
Western Skies Practice Management, Inc.
Integrated Physician Solutions, Inc.

Solely for the purpose of the first resolution appointing the Special Committee, and for all other resolutions Chinh Chu abstains and recuses himself from such resolutions:

By: _____
Name: Chinh Chu
Title: Director

Solely for the purpose of the first resolution appointing the Special Committee, and for all other resolutions Douglas Newton abstains and recuses himself from such resolutions:

By: _____
Name: Douglas Newton
Title: Director

In his capacity both as director and as the sole member of the Special Committee of the each of the Companies listed above:

By: _____
Name: Robert J. Rosenberg
Title: Independent Director

**CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.**
as Sole Stockholder of Orion Healthcorp, Inc.

By: _____
Name: Timothy J. Dragelin
Title: Chief Executive Officer and Chief Restructuring Officer

*[Signature Page to Bankruptcy Resolutions]*

**ORION HEALTHCORP, INC.**
as Sole Stockholder of Integrated Physician Solutions, Inc.

By: _____
Name: Timothy J. Dragelin
Title: Chief Executive Officer and Chief Restructuring Officer


**ORION HEALTHCORP, INC.,**
as Manager of:

NEMS Acquisition LLC
Northeast Medical Solutions, LLC
NEMS West Virginia, LLC
Physicians Practice Plus Holdings, LLC
Physicians Practice Plus, LLC
MDRX Medical Billing, LLC

By: _____
Name: Timothy J. Dragelin
Title: Authorized Signatory


**TIMOTHY J. DRAGELIN**
as Manager of:

Northstar FHA, LLC
Northstar First Health, LLC
Phoenix Health, LLC
VEGA Medical Professionals, LLC
Allegiance Consulting Associates, LLC
NYNM Acquisition, LLC

By: _____
Name: Timothy J. Dragelin
Title: Manager


*[Signature Page to Bankruptcy Resolutions]*

**NORTHSTAR FIRST HEALTH, LLC**
as Sole Member of Vachette Business Services, Ltd.

By: _____
Name: Timothy J. Dragelin
Title: Authorized Signatory


**VEGA MEDICAL PROFESSIONALS, LLC**
as Sole Member of Allegiance Billing & Consulting, LLC

By: _____
Name: Timothy J. Dragelin
Title: Authorized Signatory

*[Signature Page to Bankruptcy Resolutions]*

**EXHIBIT A**

**Companies**

|   | Company | Applicable Law | Section of Governing Document |
|---|---------|----------------|------------------------------|
| 1. | Constellation Healthcare Technologies, Inc. | Section 141(f) of the Delaware General Corporation Law | Article 2 Section 2.8 of the Amended and Restated By-laws of Constellation Healthcare Technologies, Inc. |
| 2. | Orion Healthcorp, Inc. | Section 141(f) of the Delaware General Corporation Law | Article III, Section 3.16 of the Amended and Restated By-laws of Orion Healthcorp, Inc. |
| 3. | NEMS Acquisition, LLC | Section 18-404 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. | Article (IV)(a)(i) of the Operating Agreement of NEMS Acquisition, LLC |
| 4. | Northeast Medical Solutions, LLC | Section 8942 of the Pennsylvania Limited Liability Company Act of 1994 | Article (IV)(a)(i) of the Amended and Restated Operating Agreement of Northeast Medical Solutions, LLC |
| 5. | NEMS West Virginia, LLC | Section 8942 of the Pennsylvania Limited Liability Company Act of 1994 | Article (IV)(a)(i) of the Amended and Restated Operating Agreement of NEMS West Virginia, LLC |
| 6. | Physicians Practice Plus Holdings, LLC | Section 18-404 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. | Article (IV)(a)(i) of the Operating Agreement of Physicians Practice Plus Holdings, LLC |
| 7. | Physicians Practice Plus, LLC | Section 18-404 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. | Article (IV)(a)(i) of the Operating Agreement of Physicians Practice Plus, LLC |
| 8. | Medical Billing Services, Inc. | Section 6.201 of the Texas Business Organizations Code | Article III, Section 3.16 of the Amended and Restated By-laws of Medical Billing Services, Inc. |

|     | Company | Applicable Law | Section of Governing Document |
| --- | --- | --- | --- |
| 9. | Rand Medical Billing, Inc. | Section 307(b) of the California Corporations Code | Article III, Section 3.16 of the Amended and Restated By-laws of Rand Medical Billing, Inc. |
| 10. | RMI Physician Services Corporation | Section 6.201 of the Texas Business Organizations Code | Article III, Section 3.16 of the Amended and Restated By-laws of RMI Physician Services Corporation |
| 11. | Western Skies Practice Management, Inc. | Section 7-108-202 of the Colorado Revised Statutes | Article III, Section 3.16 of the Amended and Restated By-laws of Western Skies Practice Management, Inc. |
| 12. | Integrated Physician Solutions, Inc. | Section 141(f) of the Delaware General Corporation Law | Article III, Section 3.16 of the Amended and Restated By-laws of Integrated Physician Solutions, Inc. |
| 13. | NYNM Acquisition, LLC | Section 18-404 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. | Article (IV)(a)(i) of the Operating Agreement of NYNM Acquisition, LLC |
| 14. | Northstar FHA, LLC | Section 18-404 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. | Article (IV)(a)(i) of the Operating Agreement of Northstar FHA, LLC |
| 15. | Northstar First Health, LLC | Section 18-404 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. | Article (IV)(a)(i) of the Amended and Restated Operating Agreement of Northstar First Health, LLC |
| 16. | Vachette Business Services, Ltd. | Chapter 1705 of the Ohio Revised Code | Article 3 Section 3.3 of the Amended and Restated Operating Agreement of Vachette Business Services, Ltd. |
| 17. | Phoenix Health, LLC | Section 18-404 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. | Article (IV)(a)(i) of the Operating Agreement of Phoenix Health, LLC |

| | Company | Applicable Law | Section of Governing Document |
|---|---|---|---|
| 18. | MDRX Medical Billing, LLC | Section 18-404 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. | Article (IV)(a)(i) of the Operating Agreement of MDRX Medical Billing, LLC |
| 19. | VEGA Medical Professionals, LLC | Section 18-404 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. | Article (IV)(a)(i) of the Operating Agreement of VEGA Medical Professionals, LLC |
| 20. | Allegiance Consulting Associates, LLC | Section 407 of the New York Limited Liability Company Law | Article (IV)(a)(i) of  the Amended and Restated Operating Agreement of Allegiance Consulting Associates, LLC |
| 21. | Allegiance Billing & Consulting, LLC | Section 407 of the New York Limited Liability Company Law | Article (IV)(a)(i) of the Operating Agreement of Allegiance Billing & Consulting, LLC |